```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J05-0011--CV (JKS)
              "RITA M. SHEAKLEY V ODOM CORP ET AL"

      Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/28/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury
                   28 USC 1441, 1332
           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 07/28/05 receipt # 10096935
         Trial by: Jury


Parties of Record:                         Counsel of Record:

PLF 1.1           SHEAKLEY, RITA M.            Richard L. Nelson
                                               Baxter Bruce & Sullivan
                                               POB 32819
                                               Juneau, AK 99803
                                               907-789-3166
                                               FAX 907-789-1913

DEF 1.1           ODOM CORP                    James W. Talbot
                                               Law Office of William J. O'Brien
                                               999 3rd Avenue, #3300
                                               Seattle, WA 98104
                                               206-515-4817
                                               FAX 206-515-4848

DEF 2.1           SAFEWAY INC                  James W. Talbot
                                               (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J05-0011--CV (JKS)
                 "RITA M. SHEAKLEY V ODOM CORP ET AL"

                         For all filing dates


 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/28/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury
                   28 USC 1441, 1332
           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 07/28/05 receipt # 10096935
         Trial by: Jury


Document #   Filed      Docket text

     1 -  1  07/28/05   DEF 1-2 Notice of Removal by Defendants (1JU 05-597 CI).

     2 -  1  07/28/05   PLF 1 Notice to Plaintiff of Removal.

     3 -  1  07/28/05   PLF 1 [Verification of state court records.]

     4 -  1  08/02/05   Minute Order to Petitioner subsequent to removal. cc:  cnsl

     5 -  1  08/15/05   DEF 1-2 Service List.

     6 -  1  08/15/05   DEF 1-2 Notice of state court records filed.

     7 -  1  08/23/05   DEF 1-2 Answer to Complaint.

     8 -  1  08/30/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl

     9 -  1  09/22/05   PLF 1 Response to 8/30/05 Order at 8-1 re: 26(f) mtg w/disc to close by
                        6/26/06.

    10 -  1  09/28/05   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 06/02/06; Dispositive motions deadline 07/02/06; Estimate of
                        trial 4 days; TBJ. cc: cnsl

    11 -  1  10/18/05   DEF 1 Notice of compliance with Rule 7.1.

    12 -  1  10/25/05   DEF 2 Notice of Rule 7.1 compliance.
```