**BAXTER, BRUCE & SULLIVAN P.C.**
**Richard L. Nelson, ABA No. 0209036**
**Attorneys for Plaintiff Rita Sheakley**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**Telephone: (907) 789-3166**
**Facsimile: (907) 789-1913**
**Email:  rnelson@baxterbrucelaw.com**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RITA M. SHEAKLEY             )
                             )
         Plaintiffs          )
                             )
vs.                          )
                             )
THE ODOM CORPORATION, et al. )
                             )
         Defendants          )
                             )  Case No. J05-0011 CV (TMB)
                             )

## **STIPULATION TO EXTEND DEADLINE**

Subject to approval by this Court, the parties, by and through counsel, hereby stipulate and agree as follows: (1) additional time is needed for disclosure of experts, due to scheduling conflicts and demands in other cases which affect both counsel; (2) the deadline to submit disclosure of expert witnesses be extended until April 3, 2006, as the parties are pursuing settlement discussions; and (3) all other discovery deadlines remain unchanged.

DATED this 3rd day of March, 2006.

                              BAXTER BRUCE & SULLIVAN, P.C.

                              BY: s/ Richard L. Nelson
                                  P.O. Box 32819
                                  Juneau, Alaska 99803
                                  Phone: (907) 789-3166
                                  Fax: (907) 789-1913
                                  E-mail: rnelson@baxterbrucelaw.com
                                  ABA No. 0209036

JACKSON & WALLACE

BY: s/ James W. Talbot      (w/ consent)
701 Fifth Avenue, Suite 2850
Seattle WA 98104
Phone: (206) 386-0214
Fax: (206) 386-0216
E-mail: jtalbot@jacksonwallace.com
ABA No. 9605012

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of March, 2006, a true and correct copy of the foregoing was served via U.S. Mail on James W. Talbot, Jackson & Wallace, 701 Fifth Avenue, Suite 2850, Seattle, Washington, 98104.

s/ Richard L. Nelson

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Sheakley v. The Odom Corporation, et al.*    Case No. J05-0011 CV (TMB)
Stipulation to Extend Deadline    Page 2 of 2