UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>THE ODOM CORPORATION, et al. )<br>)<br>Defendants )<br>) | Case No. J05-0011 CV (TMB) |

### (Proposed) ORDER GRANTING STIPULATION TO EXTEND DEADLINE

Having reviewed the Stipulation to Extend Deadline submitted by the parties, the parties' Stipulation to Extend Deadline is approved and the deadline for expert witness disclosure is extended accordingly.

DATED this ___ day of March, 2006.

                              BY: s/ Timothy M. Burgess
                                    United States District Court Judge