**BAXTER, BRUCE & SULLIVAN P.C.**
**Richard L. Nelson, ABA No. 0209036**
**Attorneys for Plaintiff Rita Sheakley**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**Telephone: (907) 789-3166**
**Facsimile: (907) 789-1913**
**Email:  rnelson@baxterbrucelaw.com**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>THE ODOM CORPORATION, et al. )<br>)<br>Defendants )<br>_____ ) | Case No. J05-0011 CV (TMB) |

### **MOTION TO WITHDRAW WITH CLIENT CONSENT**

Pursuant to D.AK.L.R 11.1(c), Richard L. Nelson of Baxter Bruce & Sullivan P.C., attorney for Plaintiff Rita M. Sheakley in this action, moves that he be permitted to withdraw as attorney.  Mrs. Sheakley's consent is included herewith.

Plaintiff's last known address is:  8619 Teal St., Juneau, Alaska 99801. Her phone number is (907) 790-3015.

DATED this 9th day of March, 2006

BAXTER BRUCE & SULLIVAN


s/ Richard L. Nelson
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-1913
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036

## CLIENT CONSENT

I, Rita M. Sheakley, give my consent for Richard L. Nelson to withdraw as my attorney of record.

_____
Rita M. Sheakley

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of March, 2006, a true and correct copy of the above was mailed to: James Talbot, Jackson & Wallace LLP, 701 Fifth Avenue, Suite 2850, Seattle WA 98104.

s/ Richard L. Nelson

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Sheakley v. The Odom Corporation, et al.*  
Motion to Withdraw with Client Consent  
Case No. J05-0011 CV (TMB)  
Page 2 of 2