UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>THE ODOM CORPORATION, et al. )<br>)<br>Defendants )<br>) | Case No. J05-0011 CV (TMB) |

### (Proposed) ORDER GRANTING MOTION TO WITHDRAW

Having reviewed Plaintiff's Motion to Withdraw, it is ordered that Plaintiff's motion is GRANTED. All future notices and pleadings should be sent directly to Plaintiff at 8619 Teal St., Juneau, Alaska 99801.

DATED this ___ day of March, 2006.

BY: s/_____
United States District Court Judge