IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY,<br><br>                Plaintiff,<br>   vs.<br>THE ODOM CORPORATION, et al.,<br><br>                Defendants. | Case No.  1:05-cv-11 TMB<br><br>O R D E R |

      Pursuant to Local Rule 11.1, Richard L. Nelson of Baxter Bruce & Sullivan P.C. has moved to withdraw as counsel for Plaintiff, Rita M. Sheakley.  Docket 17.  Counsel has provided written consent of the client, and there is no opposition.

      However, discovery is scheduled to be completed in this matter by June 2, 2006, (Docket 10), and  Mr. Nelson's withdrawal leaves Ms. Sheakley without an attorney of record.  Accordingly, a hearing is required under LR 11.1(c)(3)[B].  A hearing has been scheduled for **Monday, April 10, 2006, at 2:00 p.m.**

      Any party wishing to participate telephonically may do so by contacting Patty Demeter at 907-677-6144 no later than Friday, April 7, 2006, at 4:00 p.m.  The presence of Plaintiff Rita Sheakley (whether telephonically or in person) is required.

      Dated at Anchorage, Alaska, this 3rd day of April, 2006.

                                                    /s/ Timothy Burgess<br>
                                                    Timothy M. Burgess<br>
                                                    United States District Judge