**BAXTER, BRUCE & SULLIVAN P.C.**
**Richard L. Nelson, ABA No. 0209036**
**Attorneys for Plaintiff Rita Sheakley**
**P.O. Box 32819**
**Juneau, Alaska 99803**
**Telephone: (907) 789-3166**
**Facsimile: (907) 789-1913**
**Email: rnelson@baxterbrucelaw.com**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| THE ODOM CORPORATION, et al. ) | |
| ) | |
| Defendants ) | |
| ) | Case No. J05-0011 CV (TMB) |
| ) | |

## STATUS REPORT

As ordered by the Court, Plaintiff's counsel submits this Status Report regarding the efforts of Plaintiff to obtain new counsel:

1. On March 9, 2006, Plaintiff's counsel filed a Motion to Withdraw With Client Consent.

2. Since that time, Plaintiff's counsel has attempted to facilitate Ms. Sheakley's search for new counsel by referring her to and providing or making available Ms. Sheakley's file to (including waiving any attorney's lien regarding the file) any such prospective new counsel.

3. Those referrals have included five (5) separate Juneau attorneys, as well as the Lawyer Referral Service of the Alaska Bar. The referrals have taken into account Ms. Sheakley's expressed preference to locate and retain counsel whose background and practice is more fully devoted to the personal injury area.

4. To date, Ms. Sheakley has not been successful in securing new counsel, but is continuing her search.

5. To aid in accommodating Ms. Sheakley's search and in preserving the ability of new counsel to complete discovery according to his/her theory of the case, Plaintiff has proposed the Stipulation for Continuance and Modification of Deadlines, attached as Exhibit A.

6. In addition, because Richard Nelson and his family are relocating to Jackson, Wyoming at the end of this month, Dan Bruce, ABA No. 8306022, of Baxter Bruce & Sullivan PC will be the handling attorney for the firm thereafter, pending further order of this Court.

DATED this 18th day of April, 2006.

BAXTER BRUCE & SULLIVAN, P.C.

BY: s/ Richard L. Nelson
    s/ Daniel G. Bruce
    P.O. Box 32819
    Juneau, Alaska 99803
    Phone: (907) 789-3166
    Fax: (907) 789-1913
    E-mail: rnelson@baxterbrucelaw.com
    ABA No. 0209036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of April, 2006, a true and correct copy of the foregoing was served via U.S. Mail on James W. Talbot, Jackson & Wallace, 701 Fifth Avenue, Suite 2850, Seattle, Washington, 98104.

s/ Richard L. Nelson