**BAXTER, BRUCE & SULLIVAN P.C.**
**Richard L. Nelson, ABA No. 0209036**
**Attorneys for Plaintiff Rita Sheakley**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**Telephone: (907) 789-3166**
**Facsimile: (907) 789-1913**
**Email:  rnelson@baxterbrucelaw.com**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY       )<br>                               )<br>         Plaintiffs        )<br>                               )<br>vs.                            )<br>                               )<br>THE ODOM CORPORATION, et al.   )<br>                               )<br>         Defendants     )<br>                               )<br>_____)  | Case No. J05-0011 CV (TMB) |

**STIPULATION FOR CONTINUANCE AND MODIFICATION OF DEADLINES**

As permitted by Local Rule 16.1 (b)(3), the parties stipulate:

1. Discovery cannot be completed by the current deadline, June 2, 2006.

2. Plaintiff has consented to the withdrawal of Baxter Bruce & Sullivan PC, per the Motion to Withdraw with Client Consent filed March 9, 2006, and is seeking new counsel.  In order to accommodate her search and to permit any new counsel an opportunity to conduct additional discovery that he/she may deem appropriate according to his/her theory of the case, the parties agree to a continuance of 2 months (60 days) and extension of the pre-trial deadline for completion of discovery from June 2, 2006, to August 2, 2006.

3. In addition, the parties agree, for the forgoing reasons, and subject to Court approval, to extend/modify the recently expired deadline for disclosure of experts for 2 months (60 days) from April 3, 2006, to June 3, 2006.

*Sheakley v. The Odom Corporation, et al.*                                      Case No. J05-0011 CV (TMB)
Stipulation For Continuance and Modification of Deadlines
Page 1 of 2

1  4. Remaining discovery includes potential depositions of the corporate representatives of
2  the defendants, potential depositions of additional treating physicians, and additional
3  disclosure/production of reports/depositions of experts. The parties believe that
4  discovery can be completed by August 2, 2006.

6 DATED this 19th day of April, 2006.

BAXTER BRUCE & SULLIVAN, P.C.

BY: s/ Richard L. Nelson
    s/ Daniel G. Bruce
P.O. Box 32819
Juneau, Alaska 99803
Phone: (907) 789-3166
Fax: (907) 789-1913
E-mail: rnelson@baxterbrucelaw.com
ABA No. 0209036
ABA No. 8306022

JACKSON & WALLACE

BY: s/ James W. Talbot    (w/ consent)
701 Fifth Avenue, Suite 2850
Seattle WA 98104
Phone: (206) 386-0214
Fax: (206) 386-0216
E-mail: jtalbot@jacksonwallace.com
ABA No. 9605012

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of April, 2006, a true and correct copy of the foregoing was served via U.S. Mail on James W. Talbot, Jackson & Wallace, 701 Fifth Avenue, Suite 2850, Seattle, Washington, 98104.

s/ Richard L. Nelson

*Sheakley v. The Odom Corporation, et al.*    Case No. J05-0011 CV (TMB)
Stipulation For Continuance and Modification of Deadlines
Page 2 of 2