IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY,<br><br>      Plaintiff,<br><br>   vs.<br><br>THE ODOM CORPORATION, et al.,<br><br>      Defendants. | Case No.  1:05-cv-11 TMB<br><br><br>O R D E R |

The Court, having considered the Parties Stipulation for Continuance and Modification of Deadlines, hereby approves same as follows:

1. A continuance for 2 months (60 days) for completion of discovery is granted, with a new deadline of **August 2, 2006;**

**2.** The recently expired deadline for disclosure of experts is hereby modified and extended for two months, with a new deadline of **June 3, 2006;**

3. The Court will continue to take the pending Motion to Withdraw as Attorney (Docket 17) under advisement pending a further status report from Plaintiff;

4. Plaintiff shall file a new status report regarding her attempts to retain new counsel, or a Motion for Substitution of Counsel, by May 4, 2006.

Dated at Anchorage, Alaska, this 20th day of April, 2006.

/s/ Timothy Burgess  
Timothy M. Burgess  
United States District Judge