**BAXTER, BRUCE & SULLIVAN P.C.**
**Daniel G. Bruce, ABA No. 8306022**
**Attorneys for Plaintiff Rita Sheakley**
**P.O. Box 32819**
**Juneau, Alaska  99803**
**Telephone: (907) 789-3166**
**Facsimile: (907) 789-1913**
**Email:  dbruce@baxterbrucelaw.com**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> THE ODOM CORPORATION, et al. ) <br> ) <br> Defendants ) <br> ) <br> _____ ) | Case No. 1:05-cv-11 TMB |

## **SECOND STATUS REPORT**

As ordered by the Court, Plaintiff's counsel submits this second Status Report regarding the efforts of Plaintiff to obtain new counsel:

1. Ms. Sheakley has been continuing her search for new counsel.
2. She has contacted several attorneys both in Juneau and in Anchorage.
3. To date, Ms. Sheakley has not been successful in securing new counsel, but is continuing her search.
4. Most recently, she has contacted an internet referral site for individuals with personal injury claims, and is expecting a response within the next couple of

1     days.

2 DATED this 4th day of May, 2006.

                                                    BAXTER BRUCE & SULLIVAN, P.C.

                                                    BY: s/ Daniel G. Bruce
                                                         P.O. Box 32819
                                                         Juneau, Alaska 99803
                                                         Phone: (907) 789-3166
                                                         Fax: (907) 789-1913
                                                         E-mail: dbruce@baxterbrucelaw.com
                                                         ABA No. 8306022

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of May, 2006, a true and correct copy of the foregoing was served electronically on James W. Talbot, Jackson & Wallace.

s/ Daniel G. Bruce

BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819, Juneau Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913

*Sheakley v. The Odom Corporation, et al.*        Case No. J05-0011 CV (TMB)
Second Status Report        Page 2 of 2