IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE ODOM CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  1:05-cv-11 TMB<br><br><br>O R D E R |

　　　On March 9, 2006, Plaintiff's counsel, Richard Nelson, moved to withdraw with client consent. Docket 17. Because Mr. Nelson's withdrawal would have left Plaintiff unrepresented, this Court set the matter for a hearing pursuant to LR 11.1(c)(3)[B]. Docket 18. Following the hearing, Plaintiff's counsel was ordered to file Status Report regarding new counsel by 4/20/2006, and the Court noticed its intent to issue a ruling regarding motion to withdraw as Plaintiff's counsel after review of the status report. Docket 19.

　　　The first status report filed by Plaintiff indicated that Plaintiff had been unsuccessful in securing new counsel, but that she would continue her search. It also indicated that her counsel, Richard Nelson, and his family are relocating to Jackson, Wyoming, and that Dan Bruce, ABA No. 8306022, of Baxter Bruce & Sullivan PC would be the handling attorney for the firm thereafter, pending further order of this Court. Docket 20. The parties stipulated to continue several discovery deadlines, (docket 21), and this Court asked for a second status report on Plaintiff's attempt to secure new counsel. Docket 22.

　　　Plaintiff's Second Status Report indicates that Plaintiff continues her search for new counsel. Docket 23. The Court, having considered the Second Status Report, notes that this matter

1

must proceed, and should not be held in abeyance indefinitely while Plaintiff attempts to secure counsel.  Accordingly, it is hereby ordered as follows:

The  Motion to Withdraw as Counsel at Docket 17 is **GRANTED**.  Richard L. Nelson, and his successor counsel Daniel G. Bruce, of Baxter, Bruce & Sullivan P.C., are hereby permitted to withdraw as counsel pursuant to Ms. Sheakley's written consent.  All future notices and pleadings should be sent directly to Plaintiff at 8619 Teal St., Juneau, Alaska, 99801, until such time that substitute counsel enters an appearance for Plaintiff.

Dated at Anchorage, Alaska, this 17th day of May, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge