James W. Talbot
Alaska Bar No. 9605012
JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, Washington 98101-4300
Phone: (206) 386-0214
Fax:    (206) 386-0216

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>THE ODOM CORPORATION, a Delaware Corporation, and SAFEWAY, INC., a Delaware Corporation,<br><br>                    Defendants. | CASE NO. J05-0011 CV (JKS) |

**Defendant The Odom Corporation's Notice of Change of Address**

TO:   THE PARTIES HEREIN;

TO:   THEIR ATTORNEYS OF RECORD; and

TO:   CLERK OF THE COURT:

Please take notice that, as of May 15, 2006, the law offices of Jackson & Wallace LLP are located at the following address:

1201 Third Avenue, Suite 3080
Seattle, WA 98101-4300

The phone and fax numbers remain the same.

/////

/////

NOTICE OF CHANGE OF ADDRESS - 1

JACKSON & WALLACE LLP
Washington Mutual Tower
1201 Third Ave., Suite 3080
Seattle, WA  98101-4300
(206) 386-0214

1  DATED this 17th day of May, 2006.

JACKSON & WALLACE LLP

_____
Daniel F. Mullin, Alaska Bar No. 8312179
James W. Talbot, Alaska Bar No. 9605012
Attorneys for Defendant Odom Corporation

NOTICE OF CHANGE OF ADDRESS - 2