James W. Talbot
Alaska Bar No. 9605012
JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, Washington 98101
Phone: (206) 386-0214
Fax:   (206) 386-0216

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY,<br><br>              Plaintiffs,<br><br>   vs.<br><br>THE ODOM CORPORATION, a Delaware Corporation, and SAFEWAY, INC., a Delaware Corporation,<br><br>              Defendants. | <br><br><br><br><br><br><br><br><br><br>CASE NO. J05-0011 CV (TMB) |

### STATUS REPORT FOR CASE REASSIGNED TO THE HONORABLE TIMOTHY M. BURGESS

In May 2006, the Court entered the following order:

> This case has been reassigned to the calendar of Judge Timothy M. Burgess. In order to aid the Court in obtaining an understanding of this matter, it is hereby ordered that, within two weeks of the filing of this order, counsel are directed to confer and prepare a joint status report to be filed by plaintiff's counsel. The status report shall not exceed five pages, and should address the following:

Plaintiff is *pro se*. On May 26, defense counsel sent a proposed status report to Ms. Sheakley and requested her assistance in drafting it. To date, she has not contacted defense counsel to jointly draft the report. Therefore, the following is defense counsel's representation of the current case status.

Status Report - 1

J:\Zurich\Sheakley\Sheakley v Safeway, Inc and Odom Corporation\Pleadings\Federal1142473

A. Nature of the Case

This is a personal injury action. Rita Sheakley contends she suffered bodily injury due to the conduct of an employee of defendant Odom in the Juneau Safeway store.

1. The lead attorneys on the case;

   Plaintiff is *pro se*.

   Defense counsel is James W. Talbot.

2. Basis for federal jurisdiction;

   Diversity.

3. Nature of the claims asserted in the complaint and any counterclaims;

   This is a personal injury action. Ms. Sheakley contends the defendants' negligence caused her bodily injury.

4. Name of any party that has not been served and the nature of the non-service;

   None.

5. Principal legal issues;

   Whether defendants were negligent, and whether that negligence caused injury to Ms. Sheakley.

6. Principal factual issues;

   It is not disputed that a crate on a cart being pushed by an Odom employee in a Safeway store fell and impacted Ms. Sheakley. Ms. Sheakley contends the incident caused—among other things—neurological injury with cognitive impairment and a meniscal tear one year later.

Status Report - 2

J:\Zurich\Sheakley\Sheakley v Safeway, Inc and Odom Corporation\Pleadings\Federal1142473

B. Discovery

    1. Brief description of completed discovery and any remaining discovery;

The parties have exchanged initial disclosures and written discovery. The depositions of the following individuals have occurred.

    Rita Sheakley
    Odom Employee Bruce Masse
    Dr. Gordon

The defense desires to take the deposition of Dr. Schwartley, Ms. Sheakley's orthopedic surgeon.

    2. Brief description of any pending motions and anticipated motions;

None.

    3. Brief description of any previously entered rulings on substantive issues;

None, other than that the parties agreed to set of the deadline for disclosure of expert witnesses until after Ms. Scheakley locates counsel. In light of her inability to find an attorney, this issue should be revisited.

    4. Any previously filed status reports;

None.

C. Trial

    1. If trial is anticipated, how long the trial will take, and whether a jury is requested.

A jury will be requested.

Status Report - 3

J:\Zurich\Sheakley\Sheakley v Safeway, Inc and Odom Corporation\Pleadings\Federal1142473

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
206-368-0214 ••Fax 206-386-0216

D.  Settlement

1.  Status of any settlement discussions and whether the parties request a settlement conference.

A settlement conference would be useful.

DATED this ____ day of June, 2006.

Presented by:

JACKSON & WALLACE LLP


By: _____
James W. Talbot, Alaska Bar No. 9605012
Daniel F. Mullin, Alaska Bar No. 8312179
Attorneys for Defendants The Odom Corporation and Safeway, Inc.

Status Report - 4

J:\Zurich\Sheakley\Sheakley v Safeway, Inc and Odom Corporation\Pleadings\Federal1142473

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
206-368-0214 ••Fax 206-386-0216

# CERTIFICATE OF SERVICE

I, James C. Anderson, certify under penalty of perjury pursuant to the laws of the State of Washington that on this date I mailed via UPS, next-day delivery, a copy of the foregoing *STATUS REPORT FOR CASES REASSIGNED TO THE HONORABLE TIMOTHY M. BURGESS* to the following pro se plaintiff:

> Rita Sheakley
> 8619 Teal
> Juneau, AK 99801

SIGNED at Seattle, Washington, on May ___, 2006.

_____
James C. Anderson
Legal Assistant

Status Report - 5

J:\Zurich\Sheakley\Sheakley v Safeway, Inc and Odom Corporation\Pleadings\Federal1142473

JACKSON & WALLACE LLP
1201 Third Avenue, Suite 3080
Seattle, WA 98101
206-368-0214 ••Fax 206-386-0216