**Name:** Rita Sheakley

**Prison Number (if applicable):**

**Place of Confinement (if applicable):**

**Address:** 8619 Teal #120 Juneau, AK 99801

**Telephone:** (907) 790 3015

RECEIVED
JUN 2 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Rita M. Sheakley,
  Plaintiff,

vs.

The Odom Corporation, a delaware corp., + SAFEWAY, Inc, a Delaware Corp.
  Defendant(s).

Case No. J05-0011 CV TMB

**MOTION**

to/for An Extension

I, Rita M. Sheakley, proceeding without a lawyer, move to/for _____ under the following statute(s)/rule(s) (if known) _____ for the following reason(s):

I am requesting an extension on filing a status report as I am still unable to

PS 12

find an attorney to represent me and continue to search for an attorney. I cannot represent myself.

I, __Rita M. Sheakley__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED this __19th__ day of __June__, 2006, at __Juneau__, Alaska.

_Rita M. Sheakley_
Signature

I certify that a copy of the above motion was mailed, by first class U.S. Mail, to __James W. Talbot__ (Opposing party or counsel) at __Jackson and Wallace, LLP 1201 Third Ave, Suite 3080 Seattle, WA 98101__ (Address)

on __June 19th 2006__
(Date of mailing)

_Rita M. Sheakley_
Signature

PS 12            2            MOTION