IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RITA M. SHEAKLEY,<br><br>                Plaintiff,<br><br>  vs.<br><br>THE ODOM CORPORATION, et al.,<br><br>                Defendants. | Case No.  1:05-cv-11 TMB<br><br>O R D E R |

      Plaintiff's Motion for an Extension of Time to file a status report, (Docket 29), is denied as moot.  A status conference is scheduled in this matter on August 2, 2006, at 2:00 p.m. in Courtroom 1.  Any party who wishes to be telephonic for this hearing should contact Elisa Singleton at 907-677-6105 at least 24 hours before the hearing.

      Dated at Anchorage, Alaska, this 25th day of July, 2006.

                                                           /s/ Timothy Burgess<br>
                                                           Timothy M. Burgess<br>
                                                           United States District Judge