# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Sheakley v. Odom*
Case No. 1:05-cv-011 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The parties have requested at a hearing before Judge Timothy M. Burgess on September 15, 2006 that Magistrate Judge Philip Pallenberg conduct a settlement conference in Juneau in this case.

**IT IS HEREBY ORDERED:**

The case is hereby referred to Magistrate Judge Philip M. Pallenberg for purposes of conducting a settlement conference. Parties shall await instruction from Magistrate Judge Pallenberg regarding scheduling and filing settlement memorandum. All other matters shall remain before Judge Timothy M. Burgess.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: September 19, 2006