1

**MULLIN LAW GROUP** PLLC
**James W. Talbot, ABA No. 9605012**
**Attorneys for Defendants Odom and**
**Safeway**
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104
Telephone:  (206) 957-7007
Facsimile:  (206) 957-7008
Email:   jtalbot@mullinlawgroup.com

2

3

4

5

The Honorable M. Timothy Burgess

6

7

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

8

RITA M. SHEAKLEY,

9

                    Plaintiff,

10

vs.

11

THE ODOM CORPORATION, et al.,

12

                    Defendants.

Case No.  J05-1011 CV (TMB)

13

14

**NOTICE OF WITHDRAWING LAW FIRM AND SUBSTITUTION FOR DEFENDANTS ODOM CORPORATION AND SAFEWAY**

15

TO:   THE PARTIES HEREIN;

16

TO:   THEIR COUNSEL OF RECORD; and

17

**TO:   CLERK OF THE COURT:**

18

        PLEASE TAKE NOTICE that Jackson & Wallace LLP, 1201 Third Avenue, Suite 3080,

19

Seattle, Washington 98101, hereby withdraws as counsel of record for defendants Odom

20

Corporation and Safeway, and James W. Talbot, formerly of Jackson & Wallace, will remain

21

attorney of record for defendants Odom Corporation and Safeway at his new firm.  You are

-22

requested to serve all further papers and pleadings herein, except process, on Mr. Talbot at the

23

following address:

24

25

26

NOTICE OF WITHDRAWING LAW FIRM AND
SUBSTITUION FOR ODOM AND SAFEWAY
Case No. J05-0011 CV (JKS)
Page 1 of 2

**MULLIN LAW GROUP PLLC**
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104
Phone: (206) 957-7007
Fax: (206) 957-7008

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

-22

23

24

25

26

Mullin Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 957-7007
Fax: (206) 957-7008

DATED this _25_ day of September, 2006.

JACKSON & WALLACE LLP

Joanne Blackburn, ABA No. 0006035

MULLIN LAW GROUP PLLC

James W. Talbot, ABA No. 9605012
Attorneys for Defendants Odom and Safeway

NOTICE OF WITHDRAWING LAW FIRM AND
SUBSTITUION FOR ODOM AND SAFEWAY
Case No. J05-0011 CV (JKS)
Page 2 of 2