MULLIN LAW GROUP PLLC
James W. Talbot, ABA No. 9605012
Attorneys for Defendants Odom and Safeway
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: (206) 957-7007
Facsimile: (206) 957-7008
Email: jtalbot@mullinlawgroup.com

The Honorable M. Timothy Burgess

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

RITA M. SHEAKLEY,

    Plaintiff,

vs.

THE ODOM CORPORATION, and SAFEWAY, INC.

    Defendants.

Case No. J05-0011 CV (TMB)

## REPORT OF PARTIES' PLANNING MEETING AND SCHEDULING ORDER (PROPOSED)

Counsel for the defense hereby submits a proposed scheduling order. On Monday, September 25, 2006 defense counsel sent by overnight mail a copy of this stipulation and proposed order to *pro se* plaintiff Rita Sheakley, and asked that she call with her comments. To date, she has provided neither objections nor concurrence with the defendants' proposals. To substantially comply with the Court's order that the parties' jointly submit a scheduling order, the defendants submit this proposed order for the Court's consideration.

/

/

SCHEDULING ORDER (PROPOSED)
Case No. J05-0011 CV (JKS)
Page 1 of 4

MULLIN LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 957-7007
Fax: (206) 957-7008

## STIPULATION OF PARTIES

Plaintiff Rita Sheakley and defense counsel James W. Talbot agree to the following terms:

Defense counsel, James W. Talbot of the Mullin Law Group, and plaintiff Rita Sheakley conferred on September 15, 2006 to discuss discovery, mediation and a proposed trial date. The parties tentatively agreed as follows.

1. The defense will take the following depositions prior to the discovery cutoff:

   Warren Sheakley
   Barbara Fawcett
   Ted L. Schwarting, M.D.
   Mary Owen, M.D.
   Maureen Longworth, M.D.

2. The plaintiff will take the following depositions prior to the discovery cutoff:

   Leanne Ng
   Iola Young

3. The defense will pay the court reporter's appearance fee for all depositions, but each party shall be responsible for paying their own costs of transcribing and printing the deposition transcripts and exhibits if they want copies.

4. The parties agree that expert witness reports will be produced by October 31, 2006.

5. The parties agree that discovery shall be complete by November 24, 2006. This means all written discovery must be served no later than October 25, 2006.

6. The parties' initial disclosures shall be supplemented on October 25, 2006 and again as necessary on November 24, 2006, if necessary.

6. Any motions for summary judgment shall be filed by December 17, 2006.

7. Mediation shall be completed prior to December 17, 2006.

SCHEDULING ORDER (PROPOSED)
Case No. J05-0011 CV (JKS)
Page 2 of 4

MULLIN LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 957-7007
Fax: (206) 957-7008

8. Trial shall commence at the Court's convenience after January 5, 2007.

DATED this 29th day of September, 2006.

        MULLIN LAW GROUP PLLC

/s/ James W. Talbot
James W. Talbot, AK Bar No. 9605012
Attorneys for Defendants Odom and Safeway

DATED this _____ day of September, 2006

_____
Rita Sheakley

### SCHEDULING ORDER

The Court agrees with the proposed discovery plan and scheduling order. The dates set forth above shall govern future discovery prior to trial. Trial will commence on _____, 2007. It is so ordered.

DATED this __ day of October, 2006

_____
The Honorable Timothy Burgess

SCHEDULING ORDER (PROPOSED)
Case No. J05-0011 CV (JKS)
Page 3 of 4

MULLIN LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 957-7007
Fax: (206) 957-7008

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006, I electronically filed the following:

- Proposed Scheduling order;
- Certificate of Service

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Rita Sheakley*, **by regular U.S. mail**

Rita M. Sheakley
8619 Teal Street
Juneau, Alaska  99801

MULLIN LAW GROUP PLLC

By: /s/ James W. Talbot
James W. Talbot, AK Bar No. 9605012
Attorneys for Defendants Odom and Safeway
315 Fifth Avenue S., Suite 1000
Seattle, Washington  98104
Telephone:  (206) 957-7007
Facsimile: (206) 957-7008
Email: jtalbot@mullinlawgroup.com

SCHEDULING ORDER (PROPOSED)
Case No. J05-0011 CV (JKS)
Page 4 of 4

MULLIN LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104
Phone: (206) 957-7007
Fax: (206) 957-7008