**MULLIN LAW GROUP PLLC**
**James W. Talbot, ABA No. 9605012**
**Attorneys for Defendants Odom and**
**Safeway**
**315 Fifth Avenue South, Suite 1000**
**Seattle, WA  98104**
**Telephone:  (206) 957-7007**
**Facsimile:  (206) 957-7008**
**Email:   jtalbot@mullinlawgroup.com**

The Honorable M. Timothy Burgess

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

RITA M. SHEAKLEY,

                Plaintiff,

vs.

THE ODOM CORPORATION, and
SAFEWAY, INC.

                Defendants.

Case No.  J05-0011 CV (TMB)

## REPORT OF PARTIES' PLANNING MEETING AND SCHEDULING ORDER (PROPOSED)

Counsel for the defense hereby submits a proposed scheduling order.  On Monday, September 25, 2006 defense counsel sent by overnight mail a copy of this stipulation and proposed order to *pro se* plaintiff Rita Sheakley, and asked that she call with her comments.  To date, she has provided neither objections nor concurrence with the defendants' proposals.  To substantially comply with the Court's order that the parties' jointly submit a scheduling order, the defendants submit this proposed order for the Court's consideration.

/

/

## STIPULATION OF PARTIES

Plaintiff Rita Sheakley and defense counsel James W. Talbot agree to the following terms:

Defense counsel, James W. Talbot of the Mullin Law Group, and plaintiff Rita Sheakley conferred on September 15, 2006 to discuss discovery, mediation and a proposed trial date.  The parties tentatively agreed as follows.

1.     The defense will take the following depositions prior to the discovery cutoff:

Warren Sheakley
Barbara Fawcett
Ted L. Schwarting, M.D.
Mary Owen, M.D.
Maureen Longworth, M.D.

2.     The plaintiff will take the following depositions prior to the discovery cutoff:

Leanne Ng
Iola Young

3.     The defense will pay the court reporter's appearance fee for all depositions, but each party shall be responsible for paying their own costs of transcribing and printing the deposition transcripts and exhibits if they want copies.

4.     The parties agree that expert witness reports will be produced by October 31, 2006.

5.     The parties agree that discovery shall be complete by November 24, 2006.  This means all written discovery must be served no later than October 25, 2006.

6.     The parties' initial disclosures shall be supplemented on October 25, 2006 and again as necessary on November 24, 2006, if necessary.

6.     Any motions for summary judgment shall be filed by December 17, 2006.

7.     Mediation shall be completed prior to December 17, 2006.

MULLIN LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104
Phone:  (206) 957-7007
Fax:  (206) 957-7008

8.     Trial shall commence at the Court's convenience after January 5, 2007.

DATED this 29th day of September, 2006.

MULLIN LAW GROUP PLLC


/s/ James W. Talbot
James W. Talbot, AK Bar No. 9605012
Attorneys for Defendants Odom and Safeway


DATED this _____ day of September, 2006


Rita Sheakley


## SCHEDULING ORDER

The Court agrees with the proposed discovery plan and scheduling order.  The dates set forth above shall govern future discovery prior to trial.  Trial will commence on _____, 2007. It is so ordered.


DATED this ___ day of October, 2006


The Honorable Timothy Burgess

MULLIN LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104
Phone:  (206) 957-7007
Fax:  (206) 957-7008

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on September 29, 2006, I electronically filed the following:

3

•      Proposed Scheduling order;

4

•      Certificate of Service

5

with the Court using the CM/ECF system which will send notification of such filing to the

6

following:

7

8

*Rita Sheakley,* **by regular U.S. mail**

9

Rita M. Sheakley
8619 Teal Street

10

Juneau, Alaska  99801

11

12

MULLIN LAW GROUP PLLC

13

14

By:  /s/ James W. Talbot

15

James W. Talbot, AK Bar No. 9605012
Attorneys for Defendants Odom and Safeway

15

315 Fifth Avenue S., Suite 1000

16

Seattle, Washington  98104
Telephone:  (206) 957-7007

17

Facsimile: (206) 957-7008
Email: jtalbot@mullinlawgroup.com

18

19

20

21

–22

23

24

25

26

SCHEDULING ORDER (PROPOSED)
Case No. J05-0011 CV (JKS)
Page 4 of 4

MULLIN LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104
Phone:  (206) 957-7007
Fax:  (206) 957-7008