## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OFALASKA

<u>RITA M. SHEAKLEY</u>  v.  <u>THE ODOM CORPORATION, and SAFEWAY, INC.</u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                                                                CASE NO. <u>1:05-cv-011 TMB</u>

<u>Stephanie Lawley</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: October 3, 2006

        Plaintiff is directed to contact Magistrate Judge Philip Pallenberg on or before October 16, 2006 to schedule a settlement conference. In addition, Plaintiff was directed to meet and confer with defense counsel prior to 09-29-06 to modify the scheduling and planning order. The meeting was not held. Plaintiff shall file any objections to the report at Docket [39] filed by defendant on or before October 16, 2006.