```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

RITA M. SHEAKLEY  vs.  ODOM CORPORATION, et al

BEFORE THE HONORABLE PHILIP M. PALLENBERG   CASE NO. 1:05-cv-00011TMB
DEPUTY CLERK/RECORDER: SUSAN EVANS

APPEARANCES:    PLAINTIFF: RITA M. SHEAKLEY

                DEFENDANT: JAMES W. TALBOT


PROCEEDINGS: SETTLEMENT CONFERENCE      HELD: NOVEMBER 2, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:13 p.m. court convened.

Court and counsel heard re settlement matters; agreement settlement of $15,000 placed on record and **APPROVED**. Parties indicated they will work up draft and file a Notice of Settlement and Notice of Dismissal with Prejudice.

At 2:19 p.m. court adjourned.


DATE: 11-2-06          DEPUTY CLERK'S INITIALS: SE