| | |
|---|---|
| MULLIN LAW GROUP PLLC<br>James W. Talbot, ABA No. 9605012<br>Attorneys for Defendants Odom and Safeway<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br>Telephone: (206) 957-7007<br>Facsimile: (206) 957-7008<br>Email: jtalbot@mullinlawgroup.com | The Honorable M. Timothy Burgess<br><br>**RECEIVED**<br><br>NOV 2 7 2006<br><br>CLERK, U.S. DISTRICT COURT<br>JUNEAU, ALASKA |

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| RITA M. SHEAKLEY,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>THE ODOM CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No.  J05-1011 CV (TMB) |

### STIPULATION AND ORDER OF DISMISSAL

The above-referenced parties, by and through their counsel of record, stipulate and agree that this matter has been settled and should be dismissed with prejudice and without costs.

DATED this 20th day of November, 2006.

|   |   |
|---|---|
| _____<br>Rita Sheakley<br>Pro Se Plaintiff | MULLIN LAW GROUP PLLC<br><br>_____<br>James W. Talbot, ABA #9605012<br>Attorneys for Defendants |

*Sheakley v. Odom Corporation, et al*　　　　　　　　Case No. J05-1011 CV (TMB)
STIPULATION AND ORDER OF DISMISSAL　　　　Page 1 of 2

Mullin Law Group PLLC
315 Fifth Avenue, Suite 1000
Seattle, WA 98104

## ORDER

THIS MATTER having come on regularly pursuant to the foregoing stipulation of the parties hereto, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice and without costs.

DONE IN OPEN COURT this _____ day of _____, 2006.


_____
JUDGE TIMOTHY BURGESS

Presented by:

MULLIN LAW GROUP PLLC

_____
James W. Talbot, ABA #9605012
Attorney for Defendants

Mullin Law Group PLLC
315 Fifth Avenue, Suite 1000
Seattle, WA 98104

Sheakley v. Odom Corporation, et al
STIPULATION AND ORDER OF DISMISSAL

Case No. J05-1011 CV (TMB)
Page 2 of 2